| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>eholdren@hillwallack.com<br>*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing* | |
| In Re:<br><br>**Chris R Weber**<br><br>**Danielle L. Ruediger-Weber**<br><br>Debtor. | Case No.: 18-33814-JNP<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny Jr., U.S.B.J. |

## CERTIFICATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

I, **Carrie Dockter**, being of full age, hereby certify as follows:

1. I am a **Bankruptcy Case Manager** of NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Movant") in the within matter. As such, I am personally familiar with the facts set forth herein and am authorized to make this Certification on behalf of Movant.

2. This Certification is submitted in support of Movant's Motion for an Order Granting Relief from the Automatic Stay with respect to real property located at 423 Silver Hill Rd, Cherry Hill New Jersey 08002 (the "Property"), on which Movant holds a first mortgage.

3. On May 15, 2015, the debtors, Chris R. Weber ("Chris"), along with Sally R. Weber ("Sally") and Lawrence G. Weber ("Lawrence") (Sally and Lawrence, collectively "Co-Debtors") executed and delivered a Note to Trident Mortgage Company LP, A Delaware Company in the amount of $277,874.00 in connection with the Property. A copy of the Note is attached hereto as Exhibit "A".

4

4. In connection with the Note and as security for the loan, on May 15, 2015, Chris, Danielle L. Ruediger-Weber ("Danielle" and, collectively with Chris, the "Debtors") and Co-Debtors executed and delivered a Mortgage to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as a nominee for Trident Mortgage Company LP, in the amount of $277,874.00 on the Property. The Mortgage was recorded on June 09, 2015 in the Camden County Clerk's Office in Book 10209 at Page 1607. A copy of the Mortgage is attached hereto as Exhibit "B".

5. On March 10, 2017, MERS, as nominee for Trident Mortgage Company LP assigned its Note and Mortgage. The Mortgage was assigned by virtue of the written Assignment to Ditech Financial LLC, dated March 10, 2017, which Assignment was recorded in the Office of the County Clerk of Camden County on March 27, 2017, in Assignment Book 10602, Page 1370. A copy of the Assignment to Ditech Financial, LLC is attached hereto as Exhibit "C".

6. The Mortgage was subsequently assigned again resulting in a final assignment to New Penn Financial, LLC D/B/A Shellpoint Mortgage Servicing ("New Penn") which Assignment of Mortgage was recorded on September 28, 2018 in Assignment Book 10978, Page 303 in the Camden County Clerk's Office. A copy of the Assignment to New Penn is attached hereto and made part hereof as Exhibit "D".

7. A Certificate of Amendment was filed in the State of Delaware on October 3, 2018 changing the legal name of New Penn Financial, LLC to NewRez LLC, effective January 7, 2019. A copy of the Certificate of Amendment is attached hereto as Exhibit "E".

8. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through

an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage.

        9. On 12/03/2018, Debtor filed the subject Petition, originally a Chapter 7 case

        10. On February 5, 2019, an Order was entered converting the case to Chapter 13.

        11. As of 06/26/2019, the unpaid principal balance of the Note is $270,913.80.

        12. As of 07/01/2019, the total post-petition arrearage/delinquency, since the case was converted to Chapter 13 is $12,381.95.

13. The following chart sets forth those post-petition payments due pursuant to the terms of the Note, that have been missed by the Debtor(s) from the date of conversion through 07/01/2019:

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 5 | 03/01/2019 | 07/01/2019 | $1,286.88 | $1,189.51 | $2,476.39 | $12,381.95 |

        Less post-petition partial payments (suspense balance):   $0.00

**Total: $12,381.95**

        14. The Certification of Creditor Regarding Post Petition Payment History is attached hereto as Exhibit "F".

        15. As such, Movant is entitled to relief from the automatic stay pursuant to Section 362(d)(1) of the Bankruptcy Code and co-debtor stay pursuant to Section 1301(c) of the Bankruptcy Code.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly or willfully false, I am subject to punishment according to law.

Dated: 7-3-19

Signature: *[signature]*