| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Sadek and Cooper Law Office<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br>215-545-0008 | |
| In Re:<br>Chris R. Weber<br>Danielle L. Ruediger-Weber | Case No.: 18-33814 JNP<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter: 13 |

# CHAPTER 13 DEBTORS CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following:

1. ☒ Motion for Relief from the Automatic Stay filed by, <u>NewRez, LLC d/b/a Shellpoint Mortgage Servicing</u>, creditor,

   A hearing has been scheduled for <u>July 30th, 2019</u>, at <u>10:00 AM</u>.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☒ Other: The Debtor is desirous of entering into a stipulation with NewRez, LLC d/b/a Shellpoint Mortgage Servicing to remit payment for all post-petition arrears.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: July 22nd, 2019            /s/ Chris R. Weber
                                                           Chris R. Weber, Debtor 1

Date: July 22nd, 2019            /s/ Danielle L. Ruediger
                                                           Danielle L. Ruediger-Weber, Debtor 2